SKINNER BROS. MANUFACTURING CO., INC., Appellant,
v. SHEVLIN ENGINEERING COMPANY, INC., Defendant,
and NEW YORK RAPID TRANSIT CORPORATION et al.,
Respondents.

(Argued October 1, 1931; decided October 20, 1931.)

*Harry Merwin* and *John F. Collins* for appellant.

*D. A. Marsh* and *George D. Yeomans* for New York Rapid Transit Corporation, respondent.

*William J. McArthur* for United States Fidelity and Guaranty Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.